SAMUEL B. WILLEY, Administrator, Plaintiff, v. IRA
   SHAVER and another, Defendants.

*Award — construction of.*

An appeal having been taken to the County Court from a judgment of a justice
   of the peace, the case was, by consent of the parties, submitted to an arbitra-
   tor, who awarded to the plaintiff's intestate " the sum of twenty-five dollars,
   and the costs, if any, recovered by her before Charles G. Day, justice." *Held,*
   that the plaintiff was entitled only to such costs as were owing to the deceased
   at the time of the award, and that as the costs had already been paid, they
   could not be recovered a second time upon the award.

Motion for a new trial on exceptions ordered to be heard in the
first instance at the General Term, after a verdict directed by the
court.

*Jerome Rowe,* for the plaintiff.

*King & Montgomery,* for the defendants.

Opinion by Learned, P. J.

Present — Learned, P. J., Boardman and James, JJ.

Motion for new trial denied, and judgment ordered on verdict.